# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOANNE C. SCHNEIDER, *ET AL.*,** | CASE NO. 1:17-CV-01475 |
| Plaintiffs, | JUDGE NUGENT |
| vs. | |
| **NATIONSTAR MORTGAGE, LLC, *ET AL.*,** | NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO RE-SCHEDULE PRE-TRIAL NOW SCHEDULED FOR JANUARY 18, 2018 |
| Defendants. | |

Plaintiffs' Joanne Schneider and Alan Schneider, by and through counsel, notify this honorable court that a settlement has been reached with all parties.  Counsel asks for 30-days to finalize settlement agreements and dismiss this action.  Counsel request the upcoming pre-trial, now scheduled for **January 18, 2018**, be re-scheduled for 30-days from now, at the court's convenience, with the understanding that settlement and dismissal will occur prior to then.

Respectfully submitted,

*/s/ David J. Zelenka*

_____
David J. Zelenka (0081263)
**The Office Atrium**
3505 E. Royalton Rd., Ste. 200
Broadview Heights, OH 44147
440.740-3444 | 440.740-3445 (f)
dave@zelenkalegal.com
*Attorney for Defendant*

## **Certificate of Service**

I certify that a true and accurate copy of the foregoing was served upon the following parties via the Court's electronic filing system on January 12, 2018:

Kevin Lampone, Esq.
MCGLINCHEY STAFFORD
25550 Chagrin Blvd, Ste. 406
Cleveland, OH 44122-4640
Telephone: (216) 378-4975
klampone@mcglinchey.com
*Counsel for Defendants Nationstar/Wells Fargo*

Matthew M. Nee
Nee Law Firm, LLC
Regency Centre
26032 Detroit Rd., Ste. 5
Westlake, Ohio 44145
440.793.7720 | 440.793.7920 (f)
matt@neelawfirm.com
*Co-Counsel for Plaintiffs*

Eric T. Deighton
Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
24755 Chagrin Blvd., Suite 200
Cleveland, OH 44122-5690
216-360-7200 Phone
216-360-7210 Facsimile
edeighton@carlisle-law.com
*Counsel for Defendant Carlisle*

_____
*Attorney for the Plaintiffs*